THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLANDO J. HACKETT, Appellant.

*People* v. *Hackett*, 82 App. Div. 86, affirmed.
(Argued May 20, 1903; decided June 9, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1903, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Lewis Stuyvesant Chanler* and *Charles Cohn* for appellant.

*William Travers Jerome, District Attorney* (*Howard S. Gans* and *Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

GEORGE EHRET, Respondent, v. THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants, Impleaded with Another.

*Ehret* v. *N. Y. & Harlem R. R. Co.*, 74 App. Div. 628, reversed.
(Argued May 21, 1903; decided June 9, 1903 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 6, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place* and *Thomas Emery* for appellants.

*George C. Lay* and *William A. Keener* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *Dolan* v. *N. Y. & Harlem R. R. Co.* (175 N. Y. 367).

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.